### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH DUMAS and CONNIE WHITE, </br></br> Plaintiffs, </br></br> v. </br></br> ALLSTATE INSURANCE COMPANY, an Illinois Corporation; et al., </br></br> Defendants. | ) ) ) ) ) ) ) Case Number CIV-06-405-C ) ) ) ) ) |

### MEMORANDUM OPINION AND ORDER

Now before the Court is a Motion to Compel Conclusion of Randy Wunder's Deposition, filed by Plaintiffs. Defendants filed a response; thus the matter is ripe for disposition. Before the Court may adjudicate a discovery dispute, the movant must certify to the Court that the litigants have personally met and conferred in good faith in an attempt to resolve the discovery dispute. Fed. R. Civ. P. 37(a)(2)(B); LCvR37.1. The requisite certification is absent from Plaintiffs' motion. The exhibits provided by the litigants contain a series of faxed letters between counsel discussing how the dispute came about; however, counsel's terse letters certainly cannot be characterized as a good faith effort to meet in person and deliberate in a sincere attempt to resolve the discovery dispute. See LCvR37.1. Therefore, Plaintiffs' Motion to Compel Conclusion of Randy Wunder's Deposition,

originally filed in state court prior to Defendants' removal of the action to federal court, is **STRICKEN** for failure to comply with Rule 37 and LCvR37.1.

IT IS SO ORDERED this 1st day of May, 2006.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge